**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

IN RE APPLICATION OF FOURTEEN PRESS ORGANIZATIONS FOR ACCESS TO SEALED SEARCH WARRANT RECORDS

Case: 1:26-mc-00144
Assigned To : Boasberg, James E.
Assign. Date : 10/15/2026
Description: Misc.

## APPLICATION FOR ACCESS TO SEALED SEARCH WARRANT RECORDS

Pursuant to Local Criminal Rule 57.6, American Broadcasting Companies, Inc. d/b/a ABC News, The Associated Press, Axios Media Inc., Bloomberg L.P., publisher of Bloomberg News, Cable News Network, Inc., Dow Jones & Company, Inc., publisher of The Wall Street Journal, KARE 11, NBCUniversal Media, LLC d/b/a NBCUniversal News Group, POLITICO LLC, Reuters News & Media Inc., USA Today Co., Inc., The Washington Sun, WP Company LLC d/b/a The Washington Post, and WUSA9 (together, the "Press Applicants") respectfully submit this application to unseal the search warrant and related filings (the "Search Warrant Records") pertaining to the search warrant executed on October 12, 2026 at the Washington, DC residence of U.S. Representative Ilhan Omar.

Specifically, the Press Applicants seek access to: (1) the search warrant and all attachments; (2) the warrant application; (3) all probable cause affidavits filed in support of the warrant application; (4) any motion to seal the warrant-related records; (5) any order sealing the warrant-related records; (6) any warrant return; and (7) any other records filed with this Court in connection with the search warrant. The grounds for this application are set forth in the accompanying memorandum of law. A proposed order is also attached.

RECEIVED
OCT 15 2026
Clerk, U.S. District & Bankruptcy Courts for the District of Columbia

Dated: October 15, 2026

Respectfully submitted,

Maxwell S. Mishkin (#1031356)
Chad R. Bowman (#484150)
Charles D. Tobin (#455593)
Lauren P. Russell (#7567949)
BALLARD SPAHR LLP
1909 K Street NW, 12th Floor
Washington, DC 20006
Tel: (202) 661-2200 | Fax: (202) 661-2299
mishkinm@ballardspahr.com
bowmanchad@ballardspahr.com
tobinc@ballardspahr.com
russelll@ballardspahr.com

*Counsel for the Press Applicants*