UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| APPLICATION OF FOURTEEN PRESS ORGANIZATIONS FOR ACCESS TO SEALED SEARCH WARRANT RECORDS | Case No. 1:26-mc-00144 (JEB) |
| IN RE APPLICATION OF THE NEW YORK TIMES COMPANY IN THE MATTER OF REP. ILHAN OMAR INVESTIGATION | Case No. 1:26-mc-00145 (JEB) |
| IN THE MATTER OF THE SEARCH OF ILHAN OMAR'S WASHINGTON, D.C. RESIDENCE | Case No. 1:26-mc-00147 (JEB) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of the United States' motion to seal and file a memorandum of law and its attachments *ex parte*, and the entire record herein, it is hereby

ORDERED that the United States' motion is GRANTED, and it is further

ORDERED that the United States' memorandum of law in support of the United States' motion for an extension of time to respond to the pending request to access sealed search warrant documents, as well as the attachments thereto, are SEALED and allowed to be filed *ex parte*.

_________________________
Date

__________________________________
JAMES E. BOASBERG
Chief United States District Judge