**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE APPLICATION OF FOURTEEN PRESS ORGANIZATIONS FOR ACCESS TO SEALED SEARCH WARRANT RECORDS | Case No. 1:26-mc-00144-JEB |

**THE PRESS APPLICANTS' RESPONSE REGARDING CONSOLIDATION**

Pursuant to this Court's Minute Order of October 22, 2026, directing "[a]ny party opposing consolidation" of Case Nos. 26-mc-144, 26-mc-145, and 26-mc-147 to "file such opposition by October 27, 2026," the Press Applicants,[1] by and through counsel, respectfully notify the Court that, assuming the three sets of petitioners are permitted to continue filing separately, the Press Applicants do not oppose consolidation of these three matters.

Dated: October 27, 2026

Respectfully submitted,

*/s/ Maxwell S. Mishkin*

Maxwell S. Mishkin (#1031356)
Chad R. Bowman (#484150)
Charles D. Tobin (#455593)
Lauren P. Russell (#7567949)
BALLARD SPAHR LLP
1909 K Street NW, 12th Floor
Washington, DC 20006
Tel: (202) 661-2200 | Fax: (202) 661-2299
mishkinm@ballardspahr.com
bowmanchad@ballardspahr.com
tobinc@ballardspahr.com
russelll@ballardspahr.com

*Counsel for the Press Applicants*

[1] The Press Applicants are American Broadcasting Companies, Inc. d/b/a ABC News, The Associated Press, Axios Media Inc., Bloomberg L.P., publisher of Bloomberg News, Cable News Network, Inc., Dow Jones & Company, Inc., publisher of The Wall Street Journal, KARE 11, NBCUniversal Media, LLC d/b/a NBCUniversal News Group, POLITICO LLC, Reuters News & Media Inc., USA Today Co., Inc., The Washington Sun, WP Company LLC d/b/a The Washington Post, and WUSA9.