**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE APPLICATION OF FOURTEEN PRESS ORGANIZATIONS FOR ACCESS TO SEALED SEARCH WARRANT RECORDS | Case No. 1:26-mc-00144-JEB |

# NOTICE OF JOINDER

Pursuant to Rule 20(a)(1) of the Federal Rules of Civil Procedure, Star Tribune Media Company LLC ("Star Tribune") hereby joins the Application for Access to Sealed Search Warrant Records (ECF 1) and all briefing in support thereof in the above-captioned matter. Star Tribune seeks the same relief as the current Press Applicants, and the questions of law and fact in this action are common to the current Press Applicants and Star Tribune.

Dated: October 28, 2026

Respectfully submitted,

*/s/ Maxwell S. Mishkin*

Maxwell S. Mishkin (#1031356)
Chad R. Bowman (#484150)
Charles D. Tobin (#455593)
Lauren P. Russell (#7567949)
BALLARD SPAHR LLP
1909 K Street NW, 12th Floor
Washington, DC 20006
Tel: (202) 661-2200 | Fax: (202) 661-2299
mishkinm@ballardspahr.com
bowmanchad@ballardspahr.com
tobinc@ballardspahr.com
russelll@ballardspahr.com

*Counsel for Star Tribune Media Company LLC*