UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE APPLICATION OF FOURTEEN PRESS ORGANIZATIONS FOR ACCESS TO SEALED SEARCH WARRANT RECORDS<br><br>IN RE APPLICATION OF THE NEW YORK TIMES COMPANY IN THE MATTER OF REP. ILHAN OMAR INVESTIGATION<br><br>IN THE MATTER OF THE SEARCH OF ILHAN OMAR'S WASHINGTON, D.C. RESIDENCE | Case No. 1:26-mc-00144 (JEB) |

**THE UNITED STATES OF AMERICA'S NOTICE REGARDING UNSEALING**

The United States submits this Notice to confirm that, while preserving and incorporating here by reference its arguments against unsealing the instant Search Warrant Records, *see* The United States of America's Consolidated *Ex Parte* Memorandum of Law in Opposition to Requests to Access Sealed Search Warrant Records, at 12-45, it has complied with the Court's order to submit to the Court its proposed redactions to the Search Warrant Records.

Dated: November 20, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

*s/ Peter Pfaffenroth*
PETER PFAFFENROTH
Chief, Civil Division
D.C. Bar No. 496637
United States Attorney's Office
601 D Street, N.W.
Washington, D.C. 20530
Telephone: 202-252-2513
Email: peter.pfaffenroth@usdoj.gov

*s/Alessandra P. Serano*
ALESSANDRA P. SERANO
Associate Deputy Attorney General
U.S. Department of Justice
Email: alessandra.serano2@usdoj.gov

*s/ G. A. Massucco-LaTaif*
G. A. MASSUCCO-LATAIF
Chief, Criminal Division
PA Bar Number 70718
United States Attorney's Office
601 D Street, N.W.
Washington, D.C. 20530
Telephone: 202-252-7066
Email: george.massucco@usdoj.gov