**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE APPLICATION OF FOURTEEN PRESS ORGANIZATIONS FOR ACCESS TO SEALED SEARCH WARRANT RECORDS | No. 1:26-mc-144-JEB |

**NOTICE OF FILING**

Applicant Judicial Watch respectfully submits this notice regarding the United States of America's Second Notice Regarding Unsealing. On November 17, 2026, the Court heard oral arguments on Judicial Watch's and the other applicants' motions to unseal search warrant materials. During those arguments, the Government stated that "[t]here are several dockets" related to the ongoing investigation. Tr. 14:25 (Nov. 17, 2026). In response, Judicial Watch moved orally to unseal the docket related to Representative Ilhan Omar's Rule 41(g) motion. *See* 1:26-mc-00159-MJS. The Court ordered the Government to, among other things, inform it *ex parte* whether the documents in No. 26-mc-159 should be treated differently from those in this docket. On November 23, 2026, the Government informed the Court that it believed the documents in No. 26-mc-159 should be treated differently from this docket and that, "if the Press Applicants want access to the Separate Docket, the Court should require them to file papers showing why they're entitled to it." Gov't 2d Notice Regarding Unsealing (Nov. 23, 2026). Applicant Judicial Watch, therefore, has filed a motion to intervene and unseal the docket and sealed materials in No. 26-mc-159, a copy of which is attached as Attachment 1.

//

//

//

//

Dated: October 30, 2026

Respectfully submitted,

/s/ Sean W. O'Donnell

Sean O'Donnell (D.C. Bar No. 90040392)
Michael Bekesha (D.C. Bar No. 995749)
JUDICIAL WATCH, INC.
425 Third Street S.W., Suite 800
Washington, DC 20024
Tel: (202) 646-5172
Email: SODonnell@JudicialWatch.org

*Counsel for Judicial Watch, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 23, 2026, I electronically filed the foregoing notice with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record in this case.

/s/ Sean W. O'Donnell
Sean O'Donnell