UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE APPLICATION OF FOURTEEN PRESS ORGANIZATIONS FOR ACCESS TO SEALED SEARCH WARRANT RECORDS<br><br>IN RE APPLICATION OF THE NEW YORK TIMES COMPANY IN THE MATTER OF REP. ILHAN OMAR INVESTIGATION<br><br>IN THE MATTER OF THE SEARCH OF ILHAN OMAR'S WASHINGTON, D.C. RESIDENCE | Case No. 1:26-mc-00144 (JEB) |

**THE UNITED STATES OF AMERICA'S ERRATA**

In various filings in this and related proceedings, the United States has stated that it "notified the United States House of Representatives General Counsel that [a] warrant would be executed on the private residence of a Member of Congress. But House Counsel refused to be involved in the search. Echoing the United States's position, he explained that, in his view, Speech or Debate Clause protections *do not extend* to a Member's private residence." *E.g.*, United States of America's Emergency *Ex Parte* Brief in Opposition to Unsealing *Ex Parte* Supplemental Memorandum Order, at 4 (ECF No. 12), No. 1:26-sw-318 (D.D.C. filed Oct. 16, 2026) (partially unsealed and posted online pursuant to the Court's November 23, 2026, Order in No. 1:26-mc-144). Similar language has been included in other filings.

The final sentence quoted above requires correction. The position of the United States House of Representatives General Counsel from the day prior to the search warrant's execution is detailed in his attached email (Ex. A hereto), which the General Counsel does not object to the United States sharing (subject to limited privacy redactions of personal contact information). The

General Counsel drew a distinction between a Member's office and private residence, noting that the House does not have the "same equities" in a search that is conducted "on private property" that it has when a search is conducted "on House of Representatives property." Ex A. The United States' counsel misunderstood that to be drawing a distinction based on Speech or Debate Clause concerns, but it was actually premised only on House equities regarding the place of a search, and the House General Counsel took no position on the scope of Speech or Debate Clause protections. The United States apologizes for this inadvertent misunderstanding.

Further, to be clear, during these exchanges the House General Counsel was not informed of which Member's residence was at issue.

Respectfully submitted,

Dated: November 24, 2026

JEANINE FERRIS PIRRO
United States Attorney

*s/ Peter Pfaffenroth*
PETER PFAFFENROTH
Chief, Civil Division
D.C. Bar No. 496637
United States Attorney's Office
601 D Street, N.W.
Washington, D.C. 20530
Telephone: 202-252-2513
Email: peter.pfaffenroth@usdoj.gov

*s/Alessandra P. Serano*
ALESSANDRA P. SERANO
Associate Deputy Attorney General
U.S. Department of Justice
Email: Alessandra.serano2@usdoj.gov