# Exhibit
# A

**From:** McCotter, Trent (ODAG)
**To:** Berry, Matthew
**Subject:** RE: Redacted SW
**Date:** Sunday, October 11, 2026 6:17:00 PM

Understood—thanks for your time and consideration.

Trent

**From:** Berry, Matthew [redacted]
**Sent:** Sunday, October 11, 2026 2:58 PM
**To:** McCotter, Trent (ODAG) [redacted]
**Subject:** [EXTERNAL] RE: Redacted SW

Trent,

Thank you very much for sending the document. While I appreciate the Court's efforts to ensure that materials covered by the Speech or Debate Clause are protected, an attorney from the House Office of General Counsel is unable serve as the target's Legal Representative and perform the function indicated by the Court. The House Office of General Counsel does not represent targets of criminal investigations in criminal matters. Among other things, in such matters, the interests of the House of Representatives may diverge from the interests of the target. For example, it can be in the interest of the target to take a different view from the House of the scope of what is protected by the Speech or Debate Clause privilege. Therefore, in litigation in criminal cases over whether materials are protected by the Speech or Debate Clause privilege, the House Office of General Counsel may represent the House as an amicus curiae to set forth the House's institutional view with respect to disputed materials, but we do not represent the target or defendant. For these reasons, the function of the Legal Representative set forth in the document should be performed by a private or court-appointed attorney representing the target personally and advising him or her on whether to assert privilege over materials, not an attorney from the House Office of General Counsel.

Additionally, given that the House Office of General Counsel is unable to perform the function of Legal Representative, I do not think that it would be useful or appropriate for an OGC attorney to observe the search. To the extent that an office or facility on House of Representatives property was being searched, it would be appropriate for an OGC attorney to observe for the purpose of protecting the House's interests (as opposed to the target's interests). But those same equities do not apply when the search is taking place on private property. Moreover, given the inability of an OGC attorney to perform the function of Legal Representative, I think that it would be more confusing than helpful to have an OGC attorney present.

Take care,
Matthew

Matthew Berry
General Counsel
Office of General Counsel
U.S. House of Representatives
[redacted]

---

**From:** McCotter, Trent (ODAG) <[redacted]
**Sent:** Saturday, October 10, 2026 9:22 PM
**To:** Berry, Matthew <[redacted]
**Subject:** Redacted SW

See attached. If you conclude you can't perform the function indicated by the Court, simply being present and observing would still be better than nothing. Thank you for your time.

______________________________

Trent McCotter
Office of the Deputy Attorney General
[redacted]